**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ENDEAVOR MESHTECH, INC.,<br>           Plaintiff,<br><br>     v.<br><br>SCHNEIDER ELECTRIC USA, INC.,<br>           Defendant. | Case No. 1:14-cv-01362-GMS |

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

Plaintiff Endeavor MeshTech, Inc. and Defendant Schneider Electric USA, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby move for an Order dismissing all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: July 6, 2015

**STAMOULIS & WEINBLATT LLC**

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
    stamoulis@swdelaw.com
Richard C. Weinblatt (#5080)
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, Delaware 19809
Telephone: (302) 999-1540

Of Counsel:
**HENINGER GARRISON DAVIS, LLC**
Jacqueline K. Burt, *Pro Hac Vice*
    jburt@hgdlawfirm.com
James F. McDonough, *Pro Hac Vice*
    jmcdonough@hgdlawfirm.com
Jonathan R. Miller, *Pro Hac Vice*
    jmiller@hgdlawfirm.com
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0861, 0869, 0863

Of Counsel:
**HENINGER GARRISON DAVIS, LLC**
Rene A. Vazquez, *Pro Hac Vice*
   rvazquez@hgdlawfirm.com
18326 Buccaneer Terrace
Leesburg, Virginia 20176
Telephone: (571) 206-1375

*Attorneys for Plaintiff Endeavor MeshTech, Inc.*


**MORRIS JAMES LLP**

*/s/ Mary B. Matterer*
Mary B. Matterer (#2696)
   mmatterer@morrisjames.com
Richard K. Herrmann (#405)
   rherrmann@morrisjames.com
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800

Of Counsel:
**JENNER & BLOCK LLP**
Reginald J. Hill, *Pro Hac Vice*
   rhill@jenner.com
Benjamin J. Bradford, *Pro Hac Vice*
   bbradford@jenner.com
353 N. Clark St.
Chicago, Illinois 60610
Telephone: (312) 222-9350

*Attorneys for Defendant*
*Schneider Electric USA, Inc.*


**SO ORDERED** this _____day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE